UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 17-CR-49

MITCHELL E. OSHKOSH,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

For the reasons set forth in the Report and Recommendation of Magistrate Judge Nancy Joseph, which is hereby adopted in full, and based upon the absence of any objection to the Report and Recommendation, Defendant Mitchell E Oshkosh's Motion to Dismiss Count 1 of the Indictment is DENIED.

Dated this  24th   day of May, 2017.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court